# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>VERONICA SANTA CRUZ-RAMOS (1),<br><br>        Defendant. | CASE NO. 12CR2214-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense as charged in the Indictment:

TITLE 21 U.S.C. §952 AND 960.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 17, 2012

                   Hon. Roger T. Benitez
                   U.S. District Judge